29100. SNEED *v.* THE STATE.

GARDNER, J. The assignments of error are on the general grounds only. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J, concur.*

DECIDED SEPTEMBER 6, 1941.

*Stafford Brooke,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.